UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------
UNITED STATES OF AMERICA

-vs-

Martha Paredes,
           Defendant.

--------------------------------------------------

**ORDER**

CR-03-755(FB)

On June 30, 2005 the Court of Appeals issued a order remanding this case for further proceedings in conformity with *United States v. Booker*, 125 S. Ct. 738 (2005), and *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005). The Court is inclined not to sentence the defendant differently then the sentence that was imposed on March 2, 2004. Accordingly it is

HEREBY ORDERED the defendant shall notify the Court within 10 days of this order as to whether this matter should be scheduled for re-sentencing.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       August 31, 2005

cc.: AUSA Lee Freedman,
    Mary Anne Wirth, Esq.