UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 1 3 2005 ★
BROOKLYN OFFICE

-----

UNITED STATES OF AMERICA

-vs-

Martha Paredes,
        Defendant.

-----

**ORDER**

CR-03-755(FB)

On June 30, 2005 the Court of Appeals issued a summary order remanding this case for further proceedings in conformity with *United States v. Booker,* 125 S. Ct. 738 (2005), and *United States v. Crosby,* 397 F.3d 103 (2d Cir. 2005) and on August 31, 2005 the Court issued an order directing counsel to notify the Court in 10 days as to whether the defendant wishes to be re-sentence.

On September 6, 2005 defense counsel filed a letter informing the Court that the defendant does not wish to be re-sentenced. Accordingly it is

HEREBY ORDERED that the sentenced imposed on March 2, 2004 shall stand.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       September 12, 2005

cc.: AUSA Lee Freedman,
     Mary Anne Wirth, Esq.